JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY LICENSING, INC., a California corporation, and the CARROLL HALL SHELBY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SHELBY SUPERCARS LLC, a Washington limited liability company, and JEROD SHELBY.<br><br>Defendants. | CASE NO. 11-07136 CAS (AJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

THE COURT, having read and considered the Parties' Stipulation Re Dismissal with prejudice, and good cause appearing therefor, ORDERS AS FOLLOWS:

This action, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is hereby **dismissed with prejudice, each party to bear its own costs.**

Dated:  January 25, 2012

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE